NO. 07-08-0071-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL B

OCTOBER 31, 2008

______________________________

KELLY JAMES STINSON, 

Appellant

v.

IMOGENE LESLEY, et al., 

Appellees

_________________________________

FROM THE 47
TH
 DISTRICT COURT OF POTTER COUNTY;

NO. 95,881-A; HON. HAL MINER, PRESIDING

Memorandum Opinion

_____________________________

Before QUINN, C.J., and CAMPBELL and HANCOCK, JJ.

On October 17, 2008, this court issued its order, in the above referenced cause, requiring Kelly James Stinson (Stinson) “to pay for the record or make arrangements for its payment suitable to the District Clerk of Potter County” no later than October 29, 2008.  Furthermore, we advised Stinson that failure to do so would result in the dismissal of this cause pursuant to Texas Rule of Appellate Procedure 37.3(b).  To date, we have not received any reply from Stinson showing that payment or financial arrangements have been made pursuant to this court’s order.

Accordingly, we dismiss the appeal for want of prosecution.

Brian Quinn

          Chief Justice